1  Douglas H. Allsworth, Esq.  (Pro Hac Vice)
   KUTAK ROCK LLP
2  8601 North Scottsdale Road, Suite 300
   Scottsdale, Arizona 85253-2742
3  Telephone:    480/429-5000

4  Victoria L. Nelson, Esq.
   Nevada Bar No. 05436
5  vnelson@nevadafirm.com
   COTTON, DRIGGS, WALCH,
6  HOLLEY, WOLOSON & THOMPSON
   400 South Fourth Street, Third Floor
7  Las Vegas, Nevada 89101
   Telephone:    702/791-0308
8  *Attorneys for Plaintiff*

9                    UNITED STATES DISTRICT COURT

10                         DISTRICT OF NEVADA

11  MUTUAL OF OMAHA LOANPRO, L.L.C., a
    Nebraska limited liability company, as successor-
12  in-interest to Mutual of Omaha Bank, successor-     CASE NO.: 2:11-cv-0233-PMP-PAL
    in-interest to the FDIC as Receiver for First
13  National Bank of Nevada,

14                     Plaintiff,

15       v.                                             **JUDGMENT**

16  WIP-CD, LLC, a Nevada limited liability
    company; GREENSTREET PROPERTIES,
17  LLC, a Nevada limited liability company;
    KEITH K. LYON, as trustee of the KEITH K.
18  LYON LIVING TRUST u/a/d OCTOBER 29,
    2003; STACY RUSH and ADRIENNE RUSH,
19  as trustees of THE STACY AND ADRIENNE
    RUSH FAMILY TRUST, u/a/d MARCH 22,
20  1993; STANLEY WASSERKRUG and SUSAN
    WASSERKRUG, as trustees of THE
21  WASSERKRUG FAMILY TRUST u/a/d
    NOVEMBER 13, 2003; ADRIENNE RUSH and
22  STACY RUSH, husband and wife; KEITH
    LYON; an unmarried man; and STANLEY
23  WASSERKRUG and SUSAN WASSERKRUG,
    husband and wife,
24
25                     Defendants.

26       The parties to this action having filed a Notice of Settlement and Stipulation for Entry of

27  Judgment and good cause appearing therefrom,

28  . . .

- 1 -

08614-01.001/973507.doc

IT IS ORDERED that this Court grant judgment in favor of Plaintiff Mutual of Omaha LoanPro, L.L.C. ("**Plaintiff**") and against Defendants WIP-CD, LLC, Greenstreet Properties, LLC, Keith K. Lyon as Trustee of the Keith K. Lyon Living Trust u/a/d October 29, 2003, Stacy Rush and Adrienne Rush as Trustees of The Stacy and Adrienne Rush Family Trust u/a/d March 22, 1993, Adrienne Rush, Stacy Rush, and Keith K. Lyon (collectively, the "**Defendants**"), jointly and severally, in the amount of **$2,090,750.72**, this amount to bear interest at the rate of Twelve and One-Half Percent (12.5%) per annum, which equates to $725.96 per day, from August 27, 2010, until paid in full.

IT IS FURTHER ORDERED that this Court award Plaintiff its attorneys' fees in the amount of $87,792.50, which amount shall bear interest at the rate of Twelve and One-Half Percent (12.5%) per annum from the date of this Judgment until paid in full.

DATED this _7th day of December, 2012.

_____
Judge of the United States District Court

Prepared and Submitted By:

/s/ Douglas H. Allsworth
Douglas H. Allsworth, Esq.
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, Arizona 85253-2742
Telephone:   (480) 429-5000

Victoria L. Nelson, Esq. (SBN 5436)
Email: vnelson@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    (702) 791-0308

*Attorneys for Plaintiff*