```
 1   Douglas H. Allsworth, Esq. (Pro Hac Vice)
     KUTAK ROCK LLP
 2   8601 North Scottsdale Road, Suite 300
     Scottsdale, Arizona 85253-2742
 3   Telephone:   480/429-5000

 4   Victoria L. Nelson, Esq.
     Nevada Bar No. 05436
 5   vnelson@nevadafirm.com
     COTTON, DRIGGS, WALCH,
 6   HOLLEY, WOLOSON & THOMPSON
     400 South Fourth Street, Third Floor
 7   Las Vegas, Nevada 89101
     Telephone:   702/791-0308
 8   Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MUTUAL OF OMAHA LOANPRO, L.L.C., a Nebraska limited liability company, as successor-in-interest to Mutual of Omaha Bank, successor-in-interest to the FDIC as Receiver for First National Bank of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>WIP-CD, LLC, a Nevada limited liability company; GREENSTREET PROPERTIES, LLC, a Nevada limited liability company; KEITH K. LYON, as trustee of the KEITH K. LYON LIVING TRUST u/a/d OCTOBER 29, 2003; STACY RUSH and ADRIENNE RUSH, as trustees of THE STACY AND ADRIENNE RUSH FAMILY TRUST, u/a/d MARCH 22, 1993; STANLEY WASSERKRUG and SUSAN WASSERKRUG, as trustees of THE WASSERKRUG FAMILY TRUST u/a/d NOVEMBER 13, 2003; ADRIENNE RUSH and STACY RUSH, husband and wife; KEITH LYON; an unmarried man; and STANLEY WASSERKRUG and SUSAN WASSERKRUG, husband and wife,<br><br>Defendants. | CASE NO.: 2:11-cv-0233-PMP-PAL<br><br><br><br><br><br>**JOINT MOTION TO VACATE SETTLEMENT CONFERENCE AND DISMISS WASSERKRUG DEFENDANTS** |

Pursuant to L.R. 6-2, 7-1, and this Court's Minutes of Proceedings on May 10, 2013 (Dkt. No. 59), Plaintiff Mutual of Omaha LoanPro, L.L.C. ("**Plaintiff**") and Defendants Stanley Wasserkrug and Susan Wasserkrug, in their individual capacity and as trustees of The

- 1 -

08614-01.001/1077677_2

1 | Wasserkrug Family Trust u/a/d November 13, 2003 (collectively the "**Wasserkrugs**") hereby
2 | stipulate that all claims asserted against the Wasserkrugs in this action should be dismissed, as
3 | said claims have been discharged in bankruptcy. On December 21, 2011, Stanley Wasserkrug
4 | and Susan Wasserkrug filed for voluntary Chapter 7 bankruptcy protection in the United States
5 | Bankruptcy for the District of Nevada (Las Vegas), Case No. BK-11-29314-LBR (the
6 | "Bankruptcy"), triggering the bankruptcy automatic stay. A discharge order was entered on
7 | October 18, 2012.[1] Meanwhile, a settlement was reached between the remaining parties to the
8 | lawsuit, resulting in the Judgment entered December 7, 2012 (Dkt. No. 55).

. . .

---

[1] Because the Wasserkrug Family Trust is a self-settled revocable trust, it is arguably a disregarded entity, and all its assets are deemed the assets of Stanley and Susan Wasserkrug, individually.

- 2 -

08614-01.001/1077677_2

1   Because the Wasserkrugs were not previously dismissed from the lawsuit, the Court has
2   scheduled a Settlement Conference for June 20, 2013 at 9:00 a.m.  For the foregoing reasons, a
3   settlement conference is not necessary.  Instead, the parties to this action respectfully request
4   that: (1) the Settlement Conference be vacated; and (2) this Court enter an order dismissing the
5   claims against the Wasserkrugs pursuant to Fed. R. Civ. P. 41(a), each party to bear its own fees
6   and costs incurred in this matter.

7   DATED this 16th day of May, 2013.

| /s/ Charles M. Vlasic | /s/ Victoria L. Nelson |
|---|---|
| Bogatz & Associates, P.C. | Victoria L. Nelson, Esq. |
| I. SCOTT BOGATZ, ESQ. | Nevada Bar No. 5436 |
| Nevada Bar No. 3367 | COTTON, DRIGGS, WALCH, |
| CHARLES M. VLASIC III, ESQ. | HOLLEY, WOLOSON & THOMPSON |
| Nevada Bar No. 11308 | 400 South Fourth Street, Third Floor |
| 3455 Cliff Shadows Parkway, Suite 110 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89129 | Telephone:   (702) 791-0308 |
| Telephone: (702) 776-7000 | |
| Facsimile: (702) 776-7900 | Douglas H. Allsworth, Esq. |
| | KUTAK ROCK LLP |
| *Attorneys for Defendants* | 8601 North Scottsdale Road, Suite 300 |
| | Scottsdale, Arizona 85253-2742 |
| | Telephone:  (480) 429-5000 |
| | *Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

DATED: May 20, 2013

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

08614-01.001/1077677_2