Douglas H. Allsworth, Esq. (Pro Hac Vice)
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, Arizona 85253-2742
Telephone:    480/429-5000

Victoria L. Nelson, Esq.
Nevada Bar No. 05436
vnelson@nevadafirm.com
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MUTUAL OF OMAHA LOANPRO, L.L.C., a Nebraska limited liability company, as successor-in-interest to Mutual of Omaha Bank, successor-in-interest to the FDIC as Receiver for First National Bank of Nevada,<br><br>Plaintiff,<br><br>v.<br><br>WIP-CD, LLC, a Nevada limited liability company; GREENSTREET PROPERTIES, LLC, a Nevada limited liability company; KEITH K. LYON, as trustee of the KEITH K. LYON LIVING TRUST u/a/d OCTOBER 29, 2003; STACY RUSH and ADRIENNE RUSH, as trustees of THE STACY AND ADRIENNE RUSH FAMILY TRUST, u/a/d MARCH 22, 1993; STANLEY WASSERKRUG and SUSAN WASSERKRUG, as trustees of THE WASSERKRUG FAMILY TRUST u/a/d NOVEMBER 13, 2003; ADRIENNE RUSH and STACY RUSH, husband and wife; KEITH LYON; an unmarried man; and STANLEY WASSERKRUG and SUSAN WASSERKRUG, husband and wife,<br><br>Defendants. | CASE NO.: 2:11-cv-0233-PMP-PAL<br><br>**JOINT MOTION TO VACATE SETTLEMENT CONFERENCE AND DISMISS WASSERKRUG DEFENDANTS** |

Pursuant to L.R. 6-2, 7-1, and this Court's Minutes of Proceedings on May 10, 2013 (Dkt. No. 59), Plaintiff Mutual of Omaha LoanPro, L.L.C. ("**Plaintiff**") and Defendants Stanley Wasserkrug and Susan Wasserkrug, in their individual capacity and as trustees of The

- 1 -

08614-01.001/1077677_2

1  Wasserkrug Family Trust u/a/d November 13, 2003 (collectively the "**Wasserkrugs**") hereby
2  stipulate that all claims asserted against the Wasserkrugs in this action should be dismissed, as
3  said claims have been discharged in bankruptcy. On December 21, 2011, Stanley Wasserkrug
4  and Susan Wasserkrug filed for voluntary Chapter 7 bankruptcy protection in the United States
5  Bankruptcy for the District of Nevada (Las Vegas), Case No. BK-11-29314-LBR (the
6  "Bankruptcy"), triggering the bankruptcy automatic stay. A discharge order was entered on
7  October 18, 2012.[1] Meanwhile, a settlement was reached between the remaining parties to the
8  lawsuit, resulting in the Judgment entered December 7, 2012 (Dkt. No. 55).
9  . . .
10 . . .
11 . . .
12 . . .
13 . . .
14 . . .
15 . . .
16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27
28

---

[1] Because the Wasserkrug Family Trust is a self-settled revocable trust, it is arguably a disregarded entity, and all its assets are deemed the assets of Stanley and Susan Wasserkrug, individually.

- 2 -

08614-01.001/1077677_2

Because the Wasserkrugs were not previously dismissed from the lawsuit, the Court has scheduled a Settlement Conference for June 20, 2013 at 9:00 a.m. For the foregoing reasons, a settlement conference is not necessary. Instead, the parties to this action respectfully request that: (1) the Settlement Conference be vacated; and (2) this Court enter an order dismissing the claims against the Wasserkrugs pursuant to Fed. R. Civ. P. 41(a), each party to bear its own fees and costs incurred in this matter.

DATED this 16th day of May, 2013.

/s/ Charles M. Vlasic
Bogatz & Associates, P.C.
I. SCOTT BOGATZ, ESQ.
Nevada Bar No. 3367
CHARLES M. VLASIC III, ESQ.
Nevada Bar No. 11308
3455 Cliff Shadows Parkway, Suite 110
Las Vegas, Nevada 89129
Telephone: (702) 776-7000
Facsimile: (702) 776-7900

*Attorneys for Defendants*

/s/ Victoria L. Nelson
Victoria L. Nelson, Esq.
Nevada Bar No. 5436
COTTON, DRIGGS, WALCH,
HOLLEY, WOLOSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   (702) 791-0308

Douglas H. Allsworth, Esq.
KUTAK ROCK LLP
8601 North Scottsdale Road, Suite 300
Scottsdale, Arizona 85253-2742
Telephone:   (480) 429-5000
*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

DATED: May 20, 2013.

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

08614-01.001/1077677_2